AO 91 (Rev. 11/11)   Criminal Complaint

<div style="border: 1px solid red;">
**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order
</div>

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*May 28, 2021*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARLOS MUNOZ-OLEA | ) | Case No. |
|  | ) | **4:21-MJ-1202** |
|  | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   May 26, 2021   in the county of   Harris   in the
Southern   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846 and 841(b)(1)(A) | Conspiracy to Posses With Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; |
| Title 21 USC 841(a)(1) and 841(b)(1)(A) | Possession With Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

see attached Affidavit in Support of Criminal Complaint

TRUE COPY I CERTIFY
ATTEST: May 28, 2021
NATHAN OCHSNER, Clerk of Court
By:  *s/ Ruben Castro*
Deputy Clerk

☑ Continued on the attached sheet.

*Complainant's signature*

Derrick Jaradi, Task Force Officer-FBI
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   May 28, 2021

*Judge's signature*

City and state:   Houston, Texas   Sam S. Sheldon, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | 4:21-MJ-1202 |
| | § | Case No. _____ |
| CARLOS MUNOZ-OLEA | § § § § | (UNDER SEAL) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derrick Jaradi, your Affiant, being duly sworn, depose and state the following:

I am a Task Force Officer assigned to the Federal Bureau of Investigation (FBI) in Texas City, Texas. I have been employed as a police officer for eleven (11) years. I have knowledge and experience in various types of investigations, to include narcotics trafficking and bulk-cash smuggling investigations. The information enumerated in the paragraphs below, furnished in support of this Affidavit, is derived from my own observations, and that of other law enforcement officers.

From on or about July 2020, FBI Special Agents began investigating a drug trafficking organization (DTO) distributing multi-kilogram quantities of cocaine, heroin, and methamphetamine in Houston, Galveston, and other gulf coast-area communities of southeast Texas. Through the investigation, Angel USCANGA-Baldovinos (USCANGA) was believed to be a heroin and methamphetamine distributor working for the DTO. A credible and reliable FBI Confidential Source (CS) informed investigating agents and officers that USCANGA was capable of selling kilogram-quantities of heroin and methamphetamine.

On April 27, 2021, Affiant obtained a Title-III wire intercept order for USCANGA's telephone which was signed by the Honorable Jeffery V. Brown in the Southern District of Texas. Based on Title-III wire interceptions, Affiant learned that USCANGA had several sources of supply for both methamphetamine and heroin.

On May 22, 2021, USCANGA began negotiating via telephone with a CS regarding the sale of kilogram-quantities of methamphetamine. The CS was operating under the request and direction of investigating authorities, and based upon the telephone conversations between USCANGA and the CS, USCANGA believed he would be selling eleven (11) kilograms of methamphetamine to the CS. In actuality, and unbeknownst to USCANGA, agents planned to conduct surveillance on USCANGA and identify where and from whom USCANGA retrieved the methamphetamine. The telephone conversations between the CS and USCANGA were recorded over the Title-III intercept order.

On May 26, 2021, Affiant learned from Title-III wire intercepts that USCANGA would be travelling to Pearland, TX to retrieve some of the expected eleven (11) kilograms of

methamphetamine.  At approximately 9:30 a.m., Affiant and other members of law enforcement conducted surveillance on USCANGA.  At approximately 2:25 p.m., agents followed USCANGA in his maroon Ford F-150 to a Pizza Hut located at 6200 Broadway St #124, Pearland, TX, 77581.  While at this location, Affiant observed USCANGA receive a chicken feed bag from an unidentified male driving a black Dodge Ram.  After the transaction, USCANGA left the location, and agents continued to follow him.

Affiant learned from Title-III intercepts that USCANGA had only received four (4) of the eleven (11) expected kilograms of methamphetamine from the unidentified male in front of Pizza Hut.  Affiant learned from Title-III intercepts that USCANGA was travelling to an unknown location to pick up the remaining seven (7) kilograms of methamphetamine from another subject, later identified as Carlos MUNOZ-Olea (MUNOZ).

Agents followed USCANGA, who parked on the side of the road in the 9700 block of Stroud Dr, Houston, TX.  At approximately 3:25 p.m., Affiant observed MUNOZ arrive and park his red Honda Pilot across the street from USCANGA's vehicle.  Agents then observed USCANGA reposition his vehicle behind MUNOZ's Honda Pilot.  Affiant observed MUNOZ retrieve a blue cardboard box from his red Honda Pilot and then place it into the rear passenger seat of USCANGA's maroon Ford F-150.  After the transaction, agents maintained surveillance on both USCANGA and MUNOZ as they parted ways.

At approximately 3:35 p.m. and at the direction of agents, deputies with the Harris County Pct. 2 Constables Office conducted a traffic stop on USCANGA for having an obstructed license plate on the 10085 block of Spice Ln, Houston, TX 77072.  A K9 unit was present at the stop, and deputies deployed the narcotics K9 to conduct an exterior sniff search on USCANGA's vehicle.  The K9 alerted to the smell of narcotics on USCANGA's vehicle, and deputies began searching the interior of USCNAGA's vehicle.  Deputies discovered a blue cardboard box in the rear passenger seat of USCANGA's vehicle, which was found to contain approximately ten (10) kilograms of crystal shard substance.  Additionally, deputies discovered the previously mentioned chicken feed bag inside USCANGA's vehicle, which contained approximately four (4) kilograms of a crystal shard substance. All crystal shard substances were confirmed to be methamphetamine.

At approximately 3:40 p.m., surveillance agents observed MUNOZ travel to and enter 7302 Corporate Dr. #1401, Houston. TX 77036.  At approximately 4:45 p.m., surveillance agents observed MUNOZ leaving 7302 Corporate Dr. #1401 with a brown cardboard box approximately 1 foot by 1 ½ foot in size.  Agents continued to surveil MUNOZ as he entered a red Honda Passport and left the apartment complex.  At approximately 5:01 p.m., and at the direction of agents, deputies with the Harris County Pct. 2 Constables Office conducted a stop on MUNOZ at 9445 Concourse Dr, Houston, TX for the traffic offense of failure to signal within 100 feet of a left turn.  MUNOZ provided consent to search his vehicle and during the search, deputies discovered a brown cardboard box in the rear of the vehicle which contained approximately ten (10) kilograms of crystal shard substance, later confirmed to be methamphetamine.  While this traffic stop was being conducted, surveillance agents continued to surveil 7302 Corporate Dr. #1401 to ensure no other subjects entered or exited the apartment.

  MUNOZ was read his Miranda warning (in the Spanish language), and he voluntarily agreed to speak with agents.  MUNOZ provided verbal and written consent to search 7302 Corporate Dr. #1401.  MUNOZ indicated to agents that there was additional methamphetamine inside the apartment.  Agents conducted a search of the apartment and discovered a conversion methamphetamine lab inside.  Agents discovered approximately ten (10) gallons of liquid substance and approximately twenty six (26) kilograms of crystal shard substance, later confirmed to be methamphetamine.

  Affiant further states that a portion of the separate quantities of crystal shard substances and liquid substance was subjected to a field test.  All substances tested positive for methamphetamine.

Derrick Jaradi, Task Force Officer-FBI
Federal Bureau of Investigation

SWORN TO and SUBSCRIBED via telephone this 28th day of May, 2021.

HON. SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE

3