UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 3:21-CR-00015-24 |
| CESAR ALEJANDRO MORA also known as Cesar Mora | § § § | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS
INDICTMENT WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the indictment in the above-numbered cause be dismissed without prejudice as to CESAR ALEJANDRO MORA, in the interest of justice, due to that defendant has been convicted and sentenced on Criminal Case 7:21-CR-529.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss the Indictment numbered 3:21-CR-00015 against CESAR ALEJANDRO MORA, in all things be Granted.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

 /s/ Laura Garcia
Laura Garcia
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On or before the 8th day of April 2024, Attorney Noe Domingo Garza, Jr., attorney for the defendant, was contacted regarding the above-mentioned motion and he stated that he had no opposition to said motion.

*/s/ Laura Garcia*
Laura Garcia
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of April 2024, a true and correct copy of the foregoing motion was hand-delivered or e-mailed via ECF to all attorneys of record.

*/s/ Laura Garcia*
Laura Garcia
Assistant United States Attorney